UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA J. BRADLEY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-12319-MLW |
| ) | |
| M.D. DAVID J. SUGARBAKER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER ON PLAINTIFF'S MOTION TO COMPEL

October 28, 2011

SOROKIN, M.J.

Plaintiffs move to compel three further interrogatory answers from defendant Sugarbaker. The Motion is DENIED.

Plaintiffs failed to comply with Local Rule 37.1(b)(4) which requires the moving party to set out in the memorandum in support of the motion the entire text of the disputed interrogatory and answer.[1]  This alone warrants denial of the motion without awaiting a response.  Nonetheless, the Court will proceed to the merits as defendant responded.

The motion regarding Ms. Bradley's Interrogatory Number 1 is DENIED.  The text of the interrogatory seeks much more than plaintiffs suggest.  The objection was proper and that which

---

[1] The Court notes that plaintiffs attached as exhibits to their motion all interrogatories and their associated answers.  However, this fails to comply with Local Rule 37.1(b)(4) which requires the moving party to incorporate within the memorandum itself only the disputed interrogatory and associated answer.

plaintiffs state they seek has been provided by defendant in response to another interrogatory.

The motion regarding Ms. Bradley's Interrogatory Number 2 is DENIED. The supplementary information plaintiffs seek was provided by the defendant in the course of his deposition.

Finally, the motion regarding Mr. Bradley's Interrogatory Number 9 is DENIED. The defendant fully answered the question posed in the Interrogatory.

Accordingly, the Motion to Compel (#56) is DENIED .

                                                   /s / Leo T. Sorokin
                                       UNITED STATES MAGISTRATE JUDGE